UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

R. ALEXANDER ACOSTA,

        Plaintiff,

v.                                     Case No. 18-cv-713-pp

FENG'S KITCHEN, INC.,
UMIT INC., and REN FENG,

        Defendants.

**ORDER GRANTING PLAINTIFF'S CIVIL L.R. 7(h) MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND REQUESTS FOR PRODCUTION OF DOCUMENTS (DKT. NO. 29)**

On February 19, 2019, the plaintiff filed an expedited, non-dispositive motion under Civil Local 7(h) asking the court to compel the defendants to answer interrogatories. Dkt. No. 29. He told the court that the defendants—who already are in default but have indicated that they may wish to contest the damages award—failed to respond to written discovery served on December 19, 2018. Id. at 2. Counsel for the defendants has not responded to this motion to compel.

Under Civil Local Rule 7(d), "[f]ailure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion." Civil L.R. 7(h) (E.D.Wis.). The defendants' response was due February 26, 2018. See Civil L.R. 7(h)(2). Because the defendants have not responded, the court will grant the relief the plaintiff has requested.

The court **GRANTS** the plaintiff's Motion to Compel Defendants to Answer Interrogatories and Requests for Production of Documents under Civil L.R. 7(h) Expedited Non-Dispositive Motion. Dkt. No. 29.

1

The court **ORDERS** that the defendants must properly and fully answer the "Secretary of Labor's Interrogatories to Defendants (First Set)" by providing a written answer to each interrogatory in compliance with Rule 33 of the Federal Rules of Civil Procedure.

The court **ORDERS** that the defendants must respond to "Secretary of Labor's Requests for Production of Documents to Defendants (First Set)" in compliance with Rule 34 of the Federal Rules of Civil Procedure, within ten (10) days of the date of entry of this Order.

The court **ORDERS** that the "Secretary of Labor's Requests for Admissions to Defendants (First Set)" are deemed admitted.

The court **ORDERS** that the deadline for completing discovery is **EXTENDED** to the end of the day on **July 19, 2019**.

The court **ORDERS** that the deadline for the plaintiff to file his brief on damages is **EXTENDED** to the end of the day on **August 16, 2019.**

The court **ORDERS** that the deadline for the defendants to file their opposition brief is **EXTENDED** to the end of the day on **August 30, 2019.**

The court **ORDERS** that the deadline for the plaintiff to file his reply brief is **EXTENDED** to the end of the day on **September 6, 2019**.

Dated in Milwaukee, Wisconsin this 17th day of May, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**